UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
JEFFREY JAKUBIAK,                                             :
                                    Plaintiff,                :
                                                              :                    20 Civ. 10842 (LGS)
                      -against-                               :
                                                              :                    ORDER
QUANTUMSCAPE CORPORATION,                                     :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on December 22, 2020, Defendant removed this putative class action from state court

and, on December 28, 2020, filed a pre-motion letter, proposing to file a motion to dismiss (Dkt. No. 7);

        WHEREAS, Plaintiff filed a response, indicating that he intends to file a motion to remand by January

21, 2021, which is thirty days after the date of removal (Dkt. No. 18).  Per 28 U.S.C. § 1447, a motion to

remand based on any defect *other than lack of subject matter jurisdiction* must be made within thirty days

after the filing of the removal notice;

        WHEREAS, the parties filed a joint status letter and proposed case management plan, indicating that

they are amenable to settlement discussions (Dkt. No. 19).  The joint materials also provide that Defendant

seeks a stay pending resolution of his motion to dismiss, which Plaintiff opposes.  It is hereby

        **ORDERED** that the January 14, 2021, conference is **CANCELLED**.  The parties shall engage in

settlement discussions, and a settlement referral will issue separately.  The parties shall file a joint status letter

**within two business days** of the completion of settlement conference, apprising the Court of the outcome of

settlement discussions.  If the case is not resolved, the Court will enter a cross-motion briefing schedule for

Plaintiff's anticipated motion to remand and Defendant's proposed motion to dismiss, with the Plaintiff's

motion to remand due within **two weeks** of the completion of settlement conference.  Discovery is stayed

pending settlement discussions and resolution of the parties' motions if filed.

Dated: January 12, 2021
        New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE