UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY JAKUBIAK,

                Plaintiff,

-against-

QUANTUMSCAPE CORPORATION,

                Defendant.
------------------------------------------------------------X

20 Civ. 10842 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 28, 2021, all discovery was stayed sine die pending the resolution of Defendant's motion to dismiss (Dkt. No. 33);

WHEREAS, on November 16, 2021, Defendant's motion to dismiss was granted in part and denied in part (Dkt. No. 43). It is hereby

**ORDERED** that by **November 30, 2021**, the parties shall file a proposed case management plan and joint letter in accordance with the instructions contained in the January 5, 2021, Order at Docket Number 13.

Dated: November 17, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE