UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JEFFREY JAKUBIAK,                                           :
                                    Plaintiff,              :
                                                            :        20 Civ. 10842
                    -against-                               :
                                                            :
QUANTUMSCAPE CORPORATION,                                   :
                                    Defendant.              :
------------------------------------------------------------X
                                                            :
BJI FINANCIAL GROUP INC., et al.,                           :
                                    Plaintiffs,             :
                                                            :        21 Civ. 8755
                    -against-                               :
                                                            :
QUANTUMSCAPE CORPORATION,                                   :
                                    Defendant.              :
------------------------------------------------------------X
                                                            :
MICHAEL ASSANTE, et al.,                                    :
                                    Plaintiffs,             :        21 Civ. 9565
                                                            :
                    -against-                               :        ORDER
                                                            :
QUANTUMSCAPE CORPORATION ,                                  :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on December 10, 2021, the parties in the above-captioned actions filed a

joint motion to consolidate.  It is hereby

        **ORDERED** that the above-captioned actions are consolidated for purposes of discovery

and motion practice.  The Court will address the question of separate or consolidated trial of the

actions following the completion of discovery and dispositive motions.  Any further filings in the

above-captioned actions shall be made solely on the docket for No. 20 Civ. 10842, the first-filed

and lead case, until further notice.  It is further

        **ORDERED** that by **December 16, 2021**, the parties shall submit a joint letter stating

whether the Plaintiffs are differently situated and whether a consolidated Complaint should be filed.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 49 in No. 20 Civ. 10842.

Dated:  December 13, 2021
          New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2