UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY JAKUBIAK ET AL,

                                  Plaintiffs,

      -against-

QUANTUMSCAPE CORP. ET AL,

                                 Defendants.
-----------------------------------------------------------------X

**ORDER**

**20-CV-10842 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on September 12, 2022 for settlement. Dkt. No. 98. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **September 16, 2022**. Proposed dates should be from November 21, 2022 to December 2, 2022.

      SO ORDERED.

DATED:    New York, New York
               September 12, 2022

                                                              *Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge