UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JEFFREY JAKUBIAK, | : | |
| | : | |
| Plaintiff, | : | 20 Civ. 10842 (LGS) |
| | : | |
| - against - | : | |
| | : | |
| QUANTUMSCAPE CORPORATION, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| BJI FINANCIAL GROUP INC. and BRIAN WALSH | : | |
| | : | 21 Civ. 08755 (LGS) |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| QUANTUMSCAPE CORPORATION, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MICHAEL ASSANTE, JOHN WILSCHKE, and HEADWATERS HOLDINGS LLC, | : | 21 Civ. 09565 (LGS) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| QUANTUMSCAPE CORPORATION, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER GRANTING MOTION OF
PLAINTIFF JOHN WILSCHKE FOR VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(2)**

The Court, having considered the Motion of Plaintiff John Wilschke for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2), now, therefore,

IT IS ORDERED that the claims of Plaintiff John Wilschke be and hereby are dismissed with prejudice and without costs to any party.

Dated this 10th day of January, 2023.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**