```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JEFFREY JAKUBIAK, et al.,                                    :
                                         Plaintiffs,         :
                                                             :     20 Civ. 10842 (LGS)
              -against-                                      :
                                                             :          ORDER
QUANTUMSCAPE CORPORATION, et al.,                            :
                                         Defendants.         :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

Both parties having stated their intentions to file cross-motions for partial summary judgment, it is hereby

**ORDERED** that Defendant shall file any motion for summary judgment, not to exceed twenty-five (25) pages, by **February 2, 2023**. Plaintiffs shall file their opposition and cross-motion for summary judgment, not to exceed forty (40) pages, by **February 23, 2023**. Defendant shall file its reply and opposition to Plaintiffs' cross-motion for summary judgment, not to exceed twenty-five (25) pages, by **March 16, 2023**. Plaintiff shall file its reply in support of its cross-motion, not to exceed ten (10) pages, by **March 23, 2023**. It is further

**ORDERED** that, notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as no party exceeds fifty (50) pages of briefing in total. It is further

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers

Dated: January 13, 2023
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**