UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEFFREY JAKUBIAK ET AL,

                              Plaintiffs,

        -against-

QUANTUMSCAPE CORP. ET AL,

                              Defendants.

**ORDER**

**20-CV-10842 (LGS) (JW)**

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was referred to Magistrate Judge Willis on September 12, 2022 for settlement. Dkt. No. 98. A settlement conference was held on January 4, 2023, but was unsuccessful. Dkt. No. 103.

The parties are directed to confer and determine whether a second settlement conference would be productive. **A status update regarding the Parties' interest in holding a settlement conference is due by May 22, 2023**.

Should the Parties decide that they wish to hold a second settlement conference, the Parties are further directed to confer not only about mutually agreeable dates but also about whom would be appropriate participants to attend the conference on behalf of the Parties.

If the Parties do elect to hold a second settlement conference, in addition to providing the required information in the requested status update, the Parties are also instructed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable

dates for the second settlement conference. In selecting mutually agreeable dates, please note that pursuant to the Standing Order on All Cases Referred for Settlement, the Parties will be required to exchange updated demands at least fourteen days prior to the scheduled date of the Settlement Conference.

        SO ORDERED.

DATED:   New York, New York
             May 5, 2023

                                            _Jennifer E. Willis_
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge