UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                            :
JEFFREY JAKUBIAK, et al.,                   :
                              Plaintiffs,   :
                                                                   :         20 Civ. 10842 (LGS)
                      -against-                           :
                                                                   :               **ORDER**
QUANTUMSCAPE CORPORATION,       :
                                           Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties have cross-moved for partial summary judgment.  It is hereby

      **ORDERED** that by **September 15, 2023, at 5:00 P.M.**, the parties shall file on the docket a copy of the warrant at issue in the motions.

Dated: September 14, 2023
       New York, New York

                                                                  **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**