UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEFFREY JAKUBIAK, et al.,
                              Plaintiffs,

                -against-

QUANTUMSCAPE CORPORATION,
                              Defendant.
------------------------------------------------------------ X

20 Civ. 10842 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on September 28, 2023, this Court issued an opinion and order on the parties' cross-motions for partial summary judgment. It is hereby

    **ORDERED** that the parties shall renew settlement discussions in light of the decision. By **October 5, 2023**, the parties shall file a joint letter advising whether they prefer to continue discussions before Judge Willis or hire their own mediator. If such discussions are unsuccessful in resolving the case and Plaintiffs seek to amend the Complaint to add a claim for equitable estoppel, without further discovery, they shall file a letter motion by two weeks after the filing of the joint letter, including legal argument and appending a copy of the proposed amended complaint showing changes as compared with the current Complaint.

Dated: September 28, 2023
        New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE