UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JEFFREY JAKUBIAK *et al.*,

                                  Plaintiffs,

                -against-

QUANTUMSCAPE CORP. *et al.*,

                                  Defendants.
------------------------------------------------------------------X

**ORDER**

**20-CV-10842 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 98 and 133. The Parties are directed to contact Courtroom Deputy Christopher Davis via email **by October 24th** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in December, January, or February. Any conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in person with their counsel. Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

      Should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay an award, or lack of access to cash to fund a settlement, the Parties are strongly encouraged to discuss such issues with opposing counsel prior to

the settlement conference and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

    SO ORDERED.

DATED:   New York, New York
             October 10, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge