```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY JAKUBIAK, et al.,

                              Plaintiffs,

-against-

QUANTUMSCAPE CORPORATION,

                              Defendant.

20-CV-10842 (MMG)

**<u>ORDER</u>**

MARGARET M. GARNETT, United States District Judge:

      Trial in this matter concluded on April 12, 2024. Attached to this Order are the following Court Exhibits from the trial:

- Court Exhibit 1, which is Plaintiffs' peremptory strike list from April 2, 2024, and is filed under seal;
- Court Exhibit 2, which is Defendant's peremptory strike list from April 2, 2024, and is filed under seal;
- Court Exhibit 3, which is the parties' Stipulation of Undisputed Facts and Law for Trial (Dkt. No. 183);
- Court Exhibit 4, which is the parties' Stipulation in Lieu of the Live Testimony of Gary Trugman;
- Court Exhibits 5-10 and 12-13, which are jury notes;
- Court Exhibit 11, which is the Court's response to Court Exhibit 10;
- Court Exhibit 14, which is the jury's verdict sheet;
- Court Exhibit 15, which is the questionnaire used by the Court during *voir dire* on April 2, 2024;
- Court Exhibit 16, which is the draft jury charge that was considered at the charge conference held on the record on April 10, 2024; and
- Court Exhibit 17, which is the final jury charge that was delivered on the record on April 10, 2024.

Dated: April 17, 2024
       New York, New York

                                                          SO ORDERED.

                                                          MARGARET M. GARNETT
                                                          United States District Judge