**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY JAKUBIAK, *Plaintiffs*, -against- QUANTUMSCAPE CORPORATION, *Defendant*. | 20 Civ. 10842 (MMG) |
| BJI FINANCIAL GROUP INC. *and* BRIAN WALSH, *Plaintiffs*, -against- QUANTUMSCAPE CORPORATION, *Defendant*. | 21 Civ. 08755 (MMG) |
| HEADWATERS HOLDINGS LLC, *Plaintiff*, -against- QUANTUMSCAPE CORPORATION, *Defendant*. | 21 Civ. 09565 (MMG) |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

WHEREAS, the parties wish to avoid the further expenditure of judicial resources and to avoid the uncertainty and cost of post-trial proceedings and appeals, including motions for judgment as a matter of law notwithstanding the April 12, 2024 jury verdict, motions for a new trial, and/or anticipated appeals on multiple asserted grounds (including, without limitation, asserted failure to show at trial

modification of the agreement governing QuantumScape warrants as a matter of law, asserted errors in jury instructions concerning contract modification and formation under New York law, and asserted errors in the order of September 28, 2023, in connection with the parties' partial summary judgment motions);

WHEREAS, the parties wish to discontinue the litigation, have reached a settlement, and wish to dismiss this action without entry of a judgment against any party; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties that:

1. All claims in these actions against Defendant be dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without costs or fees to any party to this stipulation as against one another.

2. The Rule 50(b) briefing schedule previously entered (ECF No. 203) is vacated without any resolution on the merits of such motions.

3. The actions shall be terminated with no judgment being entered on the jury verdict or otherwise against any party, provided however that the parties agree that the Court retains jurisdiction over the parties if needed to enforce the terms of the parties' settlement agreement.

Dated: April 25, 2024

| **KELLER PLLC** | **BLANK ROME LLP** |
|---|---|
| /s/ Gregory E. Keller | /s/ David Spears (with permission) |
| Gregory E. Keller | David Spears |
| gkeller@kellerpllc.com | Michael E. Donohue |
| Laurie Lootens Chyz (admitted *pro hac vice*) | 1271 Avenue of the Americas |
| lchyz@kellerpllc.com | New York, NY 10020 |
| 346 Westbury Ave., Suite 200 | Phone: (212) 885-5120 |
| Carle Place, NY 11514 | (212) 885-5594 |
| Tel: (516) 857-3993 | david.spears@blankrome.com |
| | michael.donohue@blankrome.com |
| *Counsel for Plaintiffs Jeffrey Jakubiak, BJI Financial Group Inc., Brian Walsh, and Headwaters Holdings LLC* | *Counsel for Defendant QuantumScape Corporation* |

**[PROPOSED] ORDER**

The Court, having considered the Stipulation of Voluntary Dismissal, now, therefore,

IT IS HEREBY ORDERED that, while the Court retains jurisdiction over the parties if needed to enforce the terms of the parties' settlement agreement, all claims in the above-captioned actions against Defendant QuantumScape Corporation be and hereby are dismissed with prejudice, without costs or fees to any party. The Order at ECF No. 203 regarding Rule 50(b) motion practice is hereby vacated without a resolution of the merits of those motions. The Clerk of the Court is respectfully directed to terminate the above-captioned actions with no judgment being entered against any party.

**SO ORDERED.**

Dated: April 26, 2024

_____
Hon. Margaret M. Garnett
U.S. District Judge